**Electronically Filed**
**Supreme Court**
**SCWC-11-0000044**
**16-NOV-2011**
**09:13 AM**

NO. SCWC-11-0000044

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

ASSOCIATION OF APARTMENT OWNERS OF ILIKAI APARTMENT BUILDING,
Respondent/Petitioner-Appellee,

vs.

SVC-HAWAII, L.P.; SVC-WAIKIKI, LLC; and SHELL OWNERS
ASSOCIATION-HAWAII, Petitioners/Respondents-Appellants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P. NO. 10-1-0303)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioners/respondents-appellants SVC-Hawaii, L.P.,

SVC-Waikiki, LLC, and Shell Owners Association-Hawaii's

application for writ of certiorari, filed on October 5, 2011, is

hereby rejected.

DATED: Honolulu, Hawai‘i, November 16, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

